# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **JOANNE PILKENTON ROBINSON** ) | |
| ) | |
| Plaintiff, ) | Case No. 2:23CV00003 |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| **MARTIN J. O'MALLEY,** ) | JUDGE JAMES P. JONES |
| **COMMISIONER OF SOCIAL** ) | |
| **SECURITY,** ) | |
| ) | |
| Defendant. ) | |

Summary judgment having been granted, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerks shall close the case.

ENTER: March 15, 2024

/s/  JAMES P. JONES
Senior United States District Judge